STATE OF MINNESOTA

IN SUPREME COURT

A13-2110

In re Petition for Disciplinary Action against
Victor Harlan Smith, a Minnesota Attorney,
Registration No. 195911.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action and supplementary petition for disciplinary action alleging that respondent Victor Harlan Smith committed professional misconduct warranting public discipline, namely, failing to file or timely file federal and state individual income tax returns and state employer withholding tax returns, failure to timely pay state individual income and employer withholding taxes, and failure to cooperate with the Director, in violation of Minn. R. Prof. Conduct 8.1(b) and 8.4(d), and Rule 25, Rules on Lawyers Professional Responsibility (RLPR).

Respondent unconditionally admits the allegations in the petition and supplementary petition, waives his rights under Rule 14, RLPR, and has entered into a stipulation with the Director in which they jointly recommend that the appropriate discipline is suspension from the practice of law for a minimum of 90 days and reinstatement by petition.

This court has independently reviewed the file and approves the jointly recommended disposition.

1

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1.    Respondent Victor Harlan Smith is suspended from the practice of law with no right to petition for reinstatement for a minimum of 90 days, effective 14 days from the date of the filing of this order;

2.    Respondent may petition for reinstatement pursuant to Rule 18(a)-(d), RLPR.   Reinstatement is conditioned on successful completion of the professional responsibility portion of the state bar examination and satisfaction of continuing legal education requirements pursuant to Rule 18(e), RLPR; and

3.    Respondent shall comply with Rule 26, RLPR (requiring notice of suspension to clients, opposing counsel, and tribunals), and shall pay $900 in costs pursuant to Rule 24, RLPR.

Dated: August 18, 2014

BY THE COURT:

Alan C. Page
Associate Justice

2